UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ANITRA E. CRAWFORD,**

    **Plaintiff,**

Case No. 12-CV-14781-DT

v.

HONORABLE DENISE PAGE HOOD

**AT&T et al.,**

    **Defendants.**

_____/

## **JUDGMENT**

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered in favor of Defendants and against Plaintiff.

                                                                                       DAVID J. WEAVER
                                                                                       CLERK OF COURT

Approved:                                                 By: s/LaShawn Saulsberry
                                                                          Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: November 15, 2012

Detroit, Michigan